UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| QUITMAN CARTER, | ) |
| --- | --- |
| Petitioner, | ) |
| vs. | ) Case No. 1:07CV49 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner asks me to reconsider my February 10, 20104 Memorandum and Order denying his motion to reopen his closed § 2255 case. As the motion to reconsider makes no legal or factual arguments that convince me my prior decision was in error, the motion to reconsider will be denied. Petitioner pleaded guilty with full knowledge that he was an Armed Career Criminal facing a mandatory minimum sentence of 15 years, and none of his many filings -- including his latest -- casts any doubt on the correctness of his sentence. Petitioner is not entitled to relief.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration [#27] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2014.